UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONSET SOUN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ERIC ARNOLD, Warden,<br><br>　　　　Respondent. | Case No. 17-cv-05600-HSG (PR)<br><br>**JUDGMENT** |

　　　　This action is dismissed without prejudice to petitioner pursuing his claims in a civil rights action.

　　　　**IT IS SO ORDERED AND ADJUDGED.**

Dated:　12/6/2017

　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge